**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7747**

TERRY LYNN HARRIS,

              Plaintiff - Appellant,

        v.

FNU HEDRICK, Correctional Officer; RICHARD D. THOMAS,
Correctional Administrator; ADRIAN W. DELLINGER, Assistant
Attorney General, N.C. Department of Justice; FRANK L.
PERRY, Secretary of Correction,

              Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Frank D. Whitney,
Chief District Judge.  (5:14-cv-00098-FDW)

Submitted:  April 29, 2015              Decided:  May 8, 2015

Before KEENAN, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry Lynn Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Lynn Harris appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Harris v. Thomas, No. 5:14-cv-00098-FDW (W.D.N.C. Oct. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED